

# Fourth Court of Appeals
## San Antonio, Texas

April 23, 2020

No. 04-20-00225-CR

Raymond Henry **HEROD,** IV,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the County Court at Law No. 13, Bexar County, Texas
Trial Court No. 609517
Honorable Rosie S. Gonzalez, Judge Presiding

# O R D E R

Appellant Raymond Henry Herod IV was convicted of assault causing bodily injury (family violence), and the trial court imposed sentence on March 12, 2020. Appellant did not file a motion for new trial, and the deadline to file a notice of appeal was April 13, 2020. *See* TEX. R. APP. P. 4.1(a), 26.2(a)(1).

On April 20, 2020, Appellant filed a motion for extension of time to file a notice of appeal in this court and a copy of his notice of appeal filed on April 13, 2020. *See id.* R. 26.3.

Appellant's motion for extension of time to file a notice of appeal is GRANTED. Appellant's notice of appeal is deemed timely filed. *See* TEX. R. APP. P. 26.3; *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of April, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court